CAUSEY, administrator, *v.* WHITE, administrator.

GILBERT, J. The evidence authorized the verdict, and was approved by the trial judge. None of the assignments of error require a reversal.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1917.

Complaint for land. Before Judge Bartlett. Douglas superior court. June 28, 1916.

*J. S. James,* for plaintiff in error.

*J. H. McLarty* and *J. R. Hutcheson,* contra.

---

PERRY *et al. v.* SHEPPARD *et al.*

BECK, J. No errors of such materiality as to require the grant of a new trial are shown in the record. The evidence authorized the verdict; and the same having received the approval of the trial judge, the judgment refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1917.

Equitable petition. Before Judge Worrill. Early superior court. July 31, 1916.

*L. M. Rambo,* for plaintiffs in error.

*W. I. Geer* and *Pottle & Hofmayer,* contra.